Daniel D. Maynard, No. 009211
**MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.**
3200 North Central Avenue, Ste. 1800
Phoenix, Arizona 85012
(602) 279-8500
dmaynard@mmcec.com

Attorneys for Plaintiffs Johnny and Anna Johnson;
Rudy and Diana Johnson

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Johnny Johnson and Anna Johnson, husband and wife; Rudy Johnson and Diana Johnson, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>Defined Benefit Plan of Bill Johnson's Restaurants, Inc.; Bill Johnson's Restaurants, Inc., an Arizona Corporation; Harrell Dean Cameron and John Doe Cameron, husband and wife; Sherry Novak and John Doe Novak, wife and husband; Sherry Cameron and John Doe Cameron, wife and husband; and Robert A. Royal and Jane Doe Royal,<br><br>Defendants. | No. CV11-1605-PHX-GMS<br><br>**NOTICE OF DISMISSAL** |

Plaintiffs Johnny and Anna Johnson, and Rudy and Diana Johnson, respectfully file this Notice of Dismissal pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, dismissing its Complaint without prejudice. This motion is supported by the following memorandum of points and authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff filed its complaint on July 22, 2011 in Superior Court of the State of Arizona in Maricopa County. Bill Johnson's Restaurant, Inc. filed for bankruptcy protection after this case was filed and then one of the Defendants filed to remove this case from state court to

federal court. No party has filed an answer nor a motion for summary judgment.

RESPECTFULLY SUBMITTED this 23rd day of August, 2011.

**MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.**

By /s/Daniel D. Maynard
　Daniel D. Maynard
　3200 North Central Avenue, Ste. 1800
　Phoenix, Arizona  85012-2443
　Attorneys for Plaintiffs Johnny and Anna
　Johnson; Rudy and Diana Johnson

**ORIGINAL** of the foregoing e-filed this 23rd day of August, 2011, with:

Clerk of the Court
United States District Court
401 W. Washington
Phoenix, AZ  85003

**COPY** of the foregoing electronically delivered this 23rd day of August, 2011, to:

Honorable G. Murray Snow
United States District Court
401 W. Washington
Phoenix, AZ  85003

John P. Flynn, Esq.
Todd A. Williams
Dioguardi Flynn, LLP
7001 N. Scottsdale Road, Ste. 2060
Scottsdale, AZ 85253

By  /s/Stacey Tanner

- 2 -